

CERTIFICATE OF SERVICE

I hereby certify that on the 12 of Sept 2007 I caused to be delivered by U.S. Certified Mail, Return Receipt Requested, a copy of the foregoing PETITION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 to:

United States Attorney's Office for the Northern District of California
United States Attorney's Office
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102


MARTIN RESENDEZ GUAJARDO
Attorney for Petitioner

CC:

NANCY ALCANTAR, Field Office Director
Department of Homeland Security
Immigration & Customs Enforcement
Office of Detention and Removal
630 Sansome Street
San Francisco, CA 94121