U. S. DEPARTMENT OF HOMELAND SECURITY
Immigration and Customs Enforcement
630 Sansome Street
San Francisco, California 94111

File No.   A78 659 983
D-PPP
Date:   May 1, 2007

⌈ Mahesh Kumar PATHAK
1601 Broadway Street, #418
Concord, CA 94520
⌊                                      ⌋

**FAILED TO APPEAR**
OFFICER, DDP                    DATE

As you know, following a hearing in your case you were found deportable/excludable and the hearing officer has entered an order of deportation. A review of your file indicates there is no administrative relief which may be extended to you, and it is now incumbent upon this Service to enforce your departure from the United States.

Arrangements have been made for your departure to _____INDIA_____ on
(country)

___June 5, 2007___ from ___San Francisco, California___ on the
(date)                    (port of departure)

___Transportation to be provided by the Government___
(name of vessel, airline, or other transportation)

You should report to a United States Immigration Officer at Room ___5th Floor/Reception Rm.___
(No.)

___630 Sansome Street, San Francisco, California 94111___ at ___10:00 A.M., June 5, 2007___
(address)                                                         (hour and date)

completely ready for deportation. At the time of your departure from ___San Francisco, California___
(place of surrender)

you will be limited to ___40___ pounds of baggage.

Should you have personal effects in excess of this amount, you must immediately contact

___Deportation Officer___ at ___(415)844-5534___ , or call in person at the
(name of officer)              (phone no. and ext.)

address noted above, and appropriate disposition of your excess baggage will be discussed with you.

Very truly yours,

Anthony M. Aiello
Assistant Field Office Director

cc: File

cc: Atty of Record

Form I-166
(Rev. 4-1-69)