1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  MAHESH KUMAR PATHAK,                    )
                                            )  No. C 07-4691 TEH
13                 Petitioner,              )
                                            )
14          v.                              )
                                            )  RESPONDENTS' SUPPLEMENTAL
15  MICHAEL CHERTOFF, Secretary of the      )  BRIEF; AND DECLARATIONS OF
    Department of Homeland Security;        )  EMMANUEL ALCALA AND DAVID R.
16  EMILIO C. FLORES, Chief of              )  POTVIN
    Correction, Santa Clara County, Department of  )
17  of Correction;                         )
    NANCY ALCANTAR, Field Office Director,  )
18  Office of Detention and Removal,        )
    Immigration and Custom Enforcement;     )
19  ALBERTO R. GONZALES, U. S.              )
    Attorney General,                       )
20                                          )
                   Respondents.             )
21  _____ )

22      Petitioner Mahesh Kumar Pathak is a native and citizen of India, who has been ordered

23  removed from the United States, and who has been in United States Immigration and Customs

24  Enforcement ("ICE") detention since August 3, 2007, pending his removal.  On September 12,

25  2007, Petitioner  filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition"),

26  challenging his continued detention.

27      On March 21, 2008, the Court directed Respondents to document "what efforts, if any, have

28  been made to secure travel documents for Petitioner, as well as any other information bearing on

1  the likelihood of Petitioner's removal in the reasonably foreseeable future." March 21, 2008 Order

2  at 1.

3      Respondents began requesting travel documents for Petitioner in August 2007. *See*

4  Declaration of Emmanuel Acala (Acala Decl.), ¶ 5 (Attached hereto as Exhibit 1). Respondents

5  then made a formal request to the Embassy of India in Washington, D.C., for Petitioner's travel

6  documents on September 12, 2007. *See* Declaration of David R. Potvin (Potvin Decl.), ¶ 4

7  (Attached hereto as Exhibit 2). After months of ongoing follow-up requests as documented in the

8  attached declarations, Respondents have now secured travel documents for Petitioner that will

9  expire July 2008. Potvin Decl., ¶ 15. Petitioner will be removed from the United States

10 imminently. Potvin Decl., ¶ 15.

11     The Court also inquired about the status of Petitioner's motion to reopen before the Board of

12 Immigration Appeals (BIA). March 21, 2008 Order. The motion was denied by the BIA on

13 October 31, 2007. The decision is attached as Exhibit 3.

14 Dated: April 7, 2008                   Respectfully submitted,

15                                  JOSEPH P. RUSSONIELLO
16                                  United States Attorney

17

18                                 _____
19                                       /s/
                                ILA C. DEISS
20                                  Assistant United States Attorney
                                Attorney for Respondents

21

22

23

24

25

26

27

28