1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    MAHESH KUMAR PATHAK,                        No. CV 07-04691 TEH

7              Plaintiff,
                                                 **JUDGMENT IN A CIVIL CASE**
8       v.

9    MICHAEL CHERTOFF,

10             Defendant.
     _____/

11

12        **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

13   have been tried and the jury has rendered its verdict.

14        **(XX)  Decision by Court.** This action came to trial or hearing before the Court.

15   The issues have been tried or  heard and a decision has been rendered.

16        **IT IS SO ORDERED AND ADJUDGED** that the petition for writ of habeas

17   corpus is DENIED.

18

19   Dated:  04/15/08                           Richard W. Wieking, Clerk

20                                              By: R.B Espinosa
                                                Deputy Clerk
21

22

23

24

25

26

27

28